GILBERT A. ROQUE
Attorney at Law
California State Bar Number 074966
913 Court Street
Woodland, California 95695
(530) 666-1935

Attorney for RAMIRO SUAREZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:09-CR-358-WBS |
| ) | |
| Plaintiff, ) | STIPULATION AND ~~PROPOSED~~ |
| ) | ORDER FOR PRE-PLEA |
| vs. ) | PRESENTENCE INVESTIGATION |
| ) | REPORT |
| RAMIRO SUAREZ, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Defendant Ramiro Suárez, through his appointed counsel, Gilbert A. Roque, and the United States of America, through Assistant United States Attorney Heiko P. Coppola, stipulate that a Pre-Plea Presentence Investigation Report be prepared by the Probation Department in order to assist in the resolution of this case short of trial.  Probation has informed counsel that an order from the Court is required to institute the Pre-Plea investigation and that October 24, 2011, is acceptable as the due date for the report.

It is respectfully requested that the Court order that Probation prepare a Pre-Plea Report and provide copies to the Defendant and to the Government by October 24, 2011.

Respectfully submitted,

DATED: September 12, 2011        /s/ Gilbert A. Roque
                                 GILBERT A. ROQUE, Attorney for
                                 RAMIRO SUAREZ, Defendant

DATED: September 12, 2011        /s/ Heiko P. Coppola
                                 HEIKO P. COPPOLA
                                 Assistant United States Attorney

1 **IT IS SO ORDERED.**

2 DATED: September 12, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE