DINA L. SANTOS, Bar #204200
A Professional Law Corp.
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
RAMIRO SUAREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 09-358 WBS |
| Plaintiff, | )<br>) | |
| | ) | STIPULATION AND ORDER VACATING |
| v. | ) | DATE, CONTINUING CASE, AND |
| | ) | EXCLUDING TIME |
| RAMIRO SUAREZ | ) | |
| ADOLFO VALENCIA ALVAREZ, | ) | |
| | ) | Date:   August 6, 2012 |
| Defendants. | ) | Time:   9:00 a.m. |
| | ) | Judge: Honorable Judge Burrell |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney HEIKO COPPOLA,

Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant RAMIRO SUAREZ; Attorney Ruben

Munoz, Counsel for Adolfo Valencia Alvarez, that the status conference scheduled for June 25, 2012, be vacated

and the matter be continued to this Court's criminal calendar on August 6, 2012, at 9:00 a.m, for further status.

This continuance is requested by the defense in order to continue to review discovery, permit

further client consultation and to negotiate with the prosecution. Counsel for Mr. Suarez is new to the case

and needs time to review the voluminous discovery provided by prior Counsel.


**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161

*et. seq.* be tolled pursuant to § 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the

ends of justice served in granting the continuance and allowing the defendant further time to prepare

1  outweigh the best interests of the public and the defendant in a speedy trial.

2        The Court is advised that all counsel have conferred about this request, that they have agreed to the

3  August 6, 2012, date, and that all counsel have authorized Ms. Santos to sign this stipulation on their

4  behalf.

5        **IT IS SO STIPULATED.**

6

7  Dated: June 22, 2012                          /S/ Dina L. Santos
                                                DINA L. SANTOS
8                                               Attorney for Defendant
                                                RAMIRO SUAREZ
9
   Dated: June 22, 2012                          /S/ Ruben Munoz
10                                              RUBEN MUNOZ
                                                Attorney for Defendant
11                                              ADOLFO VALENCIA ALVAREZ

12
   Dated: June 22, 2012                          /S/ Heiko Coppola
13                                              HEIKO COPPOLA
                                                Assistant United States Attorney
14                                              Attorney for Plaintiff

15                            **O R D E R**

16        **IT IS SO ORDERED.**
17

18

19
   Dated:   June 22, 2012
20

21  _____
   WILLIAM B. SHUBB
22  UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28