1  DINA L. SANTOS, Bar #204200
   A Professional Law Corp.
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4

5  Attorney for Defendant
   RAMIRO SUAREZ
6

7                    IN THE UNITED STATES DISTRICT COURT

8                    FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11  UNITED STATES OF AMERICA,            )   No. 09-358 WBS
                                         )
12                  Plaintiff,           )
                                         )   STIPULATION AND ORDER VACATING
13       v.                              )   DATE, CONTINUING CASE, AND
                                         )   EXCLUDING TIME
14  RAMIRO SUAREZ                        )
    ADOLFO VALENCIA ALVAREZ,             )
15                                       )   Date:  October 29, 2012
                    Defendants.          )   Time:  9:00 a.m.
16                                       )   Judge: Honorable Judge Burrell
    _____
17

18       **IT IS HEREBY STIPULATED** by and between Assistant United States Attorney HEIKO COPPOLA,

19  Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant RAMIRO SUAREZ; Attorney Ruben

20  Munoz, Counsel for Adolfo Valencia Alvarez, that the status conference scheduled for August 6, 2012, be vacated

21  and the matter be continued to this Court's criminal calendar on October 29, 2012, at 9:30 a.m, for further status.

22       This continuance is requested by the defense in order to continue to review discovery, permit

23  further client consultation and to negotiate with the prosecution. Counsel for Mr. Suarez is still in the

24  process of reviewing discovery.  Both parties are in continued negotiations with the Government in an

25  attempt to reach a reasonable settlement

26       **IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161

27  *et. seq.* be tolled pursuant to § 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the

28  ends of justice served in granting the continuance and allowing the defendant further time to prepare

1  outweigh the best interests of the public and the defendant in a speedy trial.

2      The Court is advised that all counsel have conferred about this request, that they have agreed to
3  the October 29, 2012, date, and that all counsel have authorized Ms. Santos to sign this stipulation on their
4  behalf.

5      **IT IS SO STIPULATED.**

7  Dated: August 3, 2012                          /S/ Dina L. Santos
                                                                                DINA L. SANTOS
8                                                                                  Attorney for Defendant
                                                                                RAMIRO SUAREZ

9  Dated: August 3, 2012                          /S/ Ruben Munoz
10                                                              RUBEN MUNOZ
                                                            Attorney for Defendant
11                                                             ADOLFO VALENCIA ALVAREZ

13 Dated: August 3, 2012                          /S/ Heiko Coppola
                                                            HEIKO COPPOLA
                                                            Assistant United States Attorney
14                                                             Attorney for Plaintiff

16                                       **O R D E R**

17     **IT IS SO ORDERED.**
            By the Court,

19 Dated: Aug. 3, 2012

                                                       WILLIAM B. SHUBB
                                                       UNITED STATES DISTRICT JUDGE