Dina L. Santos, SBN 204200
A Proffesional Law Corp.
428 J Street, Suite 359
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorneys for:
Ramiro Suarez

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>RAMIRO SUAREZ,<br><br>                    Defendant. | CASE NO. 09-358-02 WBS<br><br>STIPULATION AND ORDER RESETTING BRIEFING SCHEDULE AND J&S |

**STIPULATION**

1.      It is hereby stipulated by and between Assistant United States Attorney OLUSERE OLOWOYEYE, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant RAMIRO SUAREZ, that the current date scheduled for November 18, 2013, be vacated and the matter be continued to this Court's criminal calendar on January 21, 2014, at 9:00 a.m. for judgment and sentencing.

It is further stipulated that the briefing schedule be reset as follows:

| | |
|---|---|
| Judgment and Sentencing Date: | January 21, 2014 |
| Reply or Statement of non-opposition: | January 13, 2014 |
| Formal Objections: | January 6, 2014 |
| Informal Objections: | December 23, 2014 |

IT IS SO STIPULATED.

Stip. & [Proposed] Order Continuing J&S           1

1  Dated: November 13, 2013                    BENJAMIN B. WAGNER
                                               United States Attorney
2

3                                               /s/ Olusere Olowoyeye
                                               OLUSERE OLOWOYEYE
4                                              Assistant United States Attorney

5
   Dated: November 13, 2013                     /s/   Dina L. Santos
6                                              DINA SANTOS, ESQ.
                                               Attorney for Ramiro Suarez
7

8

9                                      **ORDER**

10       IT IS SO FOUND AND ORDERED.

11  Dated: November 15, 2013

12

13                                             WILLIAM B. SHUBB
                                               UNITED STATES DISTRICT JUDGE

Stip. & [Proposed] Order Continuing J&S                2