Timothy E. Warriner (SB#166128)
Attorney at Law
331 J St., Suite 200
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
Ramiro Suarez

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> RAMIRO SUAREZ, <br><br> Defendant. | Case No. 09-cr-00358 WBS <br><br> STIPULATION AND ORDER CONTINUING STATUS CONFERENCE TO NOVEMBER 14, 2016 |

After the Ninth Circuit remanded this matter for resentencing, the court set a status conference to occur on September 6, 2016. It is hereby stipulated, by and between counsel, that said status conference be continued to **November 14, 2016 at 9:00 a.m.** This, continuance is for the purpose of arranging for Mr. Suarez to be transported from federal prison to court.

DATED: September 1, 2016          /s/ Timothy E. Warriner, Attorney for
                                  Defendant, Ramiro Suarez


DATED: September 1, 2016          /s/ Paul A. Hemesath, Assistant
                                  U.S.Attorney

1

ORDER

GOOD CAUSE APPEARING, the court orders that the status conference presently set for September 6, 2016 be continued to November 14, 2016 at 9:00 a.m.

Dated:  September 2, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE