Timothy E. Warriner (SB#166128)
Attorney at Law
331 J St., Suite 200
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
Ramiro Suarez

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>RAMIRO SUAREZ,<br><br>  Defendant. | Case No. 09-cr-00358-02 WBS<br><br>STIPULATION AND ~~PROPOSED~~ ORDER SETTING SENTENCING DATE AND BRIEFING SCHEDULE |

The Ninth Circuit remanded this matter for resentencing. In addition, the defendant is requesting reduction of his sentence pursuant to 18 U.S.C. § 3582(c)(2).

It is hereby stipulated, by and between counsel, that the case be set for judgment and sentencing, as well a hearing concerning defendant's 18 U.S.C. § 3582(c)(2) motion, on March 6, 2017 at 9:00 a.m. The parties further stipulate that they may file briefs in support of their respective positions on or by February 20, 2017, and may file optional reply briefs on or by February 27, 2017.

DATED: November 10, 2016             /s/ Timothy E. Warriner, Attorney for
                                      Defendant, Ramiro Suarez

DATED: November 10, 2016                    /s/ Paul A. Hemesath, Assistant U.S.Attorney

## ORDER

GOOD CAUSE APPEARING, the court orders that case be set for judgment and sentencing to occur on March 6, 2017 at 9:00 a.m. The status conference presently set for September 6, 2016 is hereby vacated. The court adopts the briefing schedule according to the stipulation of counsel.

Dated:  November 14, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE