Timothy E. Warriner (SB#166128)
Attorney at Law
331 J St., Suite 200
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
Ramiro Suarez

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>RAMIRO SUAREZ,<br><br>　　　　Defendant. | Case No. 09-cr-00358-02 WBS<br><br>STIPULATION AND ~~PROPOSED~~<br>ORDER SETTING SENTENCING<br>DATE AND BRIEFING SCHEDULE |

The Ninth Circuit remanded this matter for resentencing. In addition, the defendant is requesting reduction of his sentence pursuant to 18 U.S.C. § 3582(c)(2).

It is hereby stipulated, by and between counsel, that the date for judgment and sentencing, as well a hearing concerning defendant's 18 U.S.C. § 3582(c)(2) motion, be continued to May 8, 2017 at 9:00 a.m. The parties further stipulate that they may file briefs in support of their respective positions on or by April 24, 2017, and may file optional reply briefs on or by May 1, 2017.

DATED: March 29, 2017        /s/ Timothy E. Warriner, Attorney for
　　　　　　　　　　　　　　　　　　Defendant, Ramiro Suarez

DATED: March 29, 2017                    /s/ Paul A. Hemesath, Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, the court orders that the date for judgment and sentencing and the hearing on defendant's 18 U.S.C. § 3582(c)(2) motion be continued to May 8, 2017 at 9:00 a.m. The court adopts the briefing schedule according to the stipulation of counsel.

Dated:  March 29, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE