Timothy E. Warriner (SB#166128)
Attorney at Law
331 J St., Suite 200
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
Ramiro Suarez

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) Case No. 09-cr-00358-02 WBS
) 
Plaintiff, ) STIPULATION AND ~~PROPOSED~~
) ORDER SETTING SENTENCING
vs. ) DATE AND BRIEFING SCHEDULE
)
RAMIRO SUAREZ, )
)
Defendant. )

The Ninth Circuit remanded this matter for resentencing. In addition, the defendant is requesting reduction of his sentence pursuant to 18 U.S.C. § 3582(c)(2).

It is hereby stipulated, by and between counsel, that the date for judgment and sentencing, as well a hearing concerning defendant's 18 U.S.C. § 3582(c)(2) motion, be continued to May 30, 2017 at 9:00 a.m. The parties further stipulate that they may file briefs in support of their respective positions, including briefing concerning the defendant's § 3582 motion, on or by May 19, 2017.

DATED: May 4, 2017                /s/ Timothy E. Warriner, Attorney for
                                  Defendant, Ramiro Suarez

1

DATED: May 4, 2017                          /s/ Paul A. Hemesath, Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, the court orders that the date for judgment and sentencing and the hearing on defendant's 18 U.S.C. § 3582(c)(2) motion be continued to May 30, 2017 at 9:00 a.m. The court adopts the briefing schedule according to the stipulation of counsel.

Dated: May 4, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE