Timothy E. Warriner (SB#166128)
Attorney at Law
331 J St., Suite 200
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
Ramiro Suarez

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> RAMIRO SUAREZ, <br> Defendant. | Case No. 09-cr-00358 WBS <br><br> STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING RESENTENCING DATE |

The Ninth Circuit remanded this matter for resentencing. In addition, the defendant is requesting reduction of his sentence pursuant to 18 U.S.C. § 3582(c)(2).

It is hereby stipulated, by and between counsel, that the date for judgment and resentencing, as well a hearing concerning defendant's 18 U.S.C. § 3582(c)(2) motion, be continued to June 12, 2017 at 9:00 a.m.

DATED: May 26, 2017                     /s/ Timothy E. Warriner, Attorney for
                                        Defendant, Ramiro Suarez


DATED: May 26, 2017                     /s/ Paul A. Hemesath, Assistant U.S.
                                        Attorney

1

## ORDER

GOOD CAUSE APPEARING, the court orders that the date for judgment and resentencing and the hearing on defendant's 18 U.S.C. § 3582(c)(2) motion be continued to June 12, 2017 at 9:00 a.m.

Dated: May 26, 2017

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE